UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE ST. JULIANA, ET AL.,

        Plaintiff(s),　　　　　　　　　　Case No. 22-10805

v.　　　　　　　　　　　　　　　　　　Honorable Terrence G. Berg

OXFORD COMMUNITY SCHOOL DISTRICT, ET AL.,　　　　Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to Case No. **21-12871**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Mark A. Goldsmith** and Magistrate Judge **Anthony P. Patti**.

                                              s/Terrence G. Berg
                                              Terrence G. Berg
                                              United States District Judge

                                              s/Mark A. Goldsmith
                                              Mark A. Goldsmith
                                              United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: **CIVIL**

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: **May 31, 2022**　　　　　　　　　　　　s/ S Schoenherr
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　Parties and/or counsel of record
　　　Honorable Mark A. Goldsmith