UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Steve St. Juliana, et al.,

                Plaintiff(s),

v.                                      Case No. 2:22−cv−10805−MAG−APP
                                           Hon. Mark A. Goldsmith

Oxford Community School
District, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  June 13, 2022 at 01:00 PM

The conference shall be initiated by counsel using the provided dial−in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties shall call into (877) 336−1274 and use access code: 9602327.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Erica L Parkin
                                                Acting in the absence of Karri Sandusky

Dated:  June 9, 2022