UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE ST. JULIANA, et al.,

                        Plaintiffs,

v.                                                                    No. 22-cv-10805

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,        Hon. Mark A. Goldsmith

                        Defendants.

## ORDER STAYING CASE

In accordance with the order entered on today's date in <u>Franz et al. v. Oxford Community School District et al.</u>, No. 21-cv-12871, the Court stays and administratively closes this case pending the appeal before the United States Court of Appeals for the Sixth Circuit.

SO ORDERED.

Dated: July 10, 2023                             s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                                United States District Judge